Certificate Number: 02114-PR-CC-012015173



# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 08/16/10, at 03:47 o'clock PM EST, NEFTALI DOMINGUEZ TORRES received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the DISTRICT OF PUERTO RICO, an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan was not prepared.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted   by Internet .

| | | |
|---|---|---|
| Date:  08-16-2010 | By | /s/ROBERT STOKES |
| | Name | ROBERT STOKES |
| | Title | Counselor |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

1

Certificate Number: 02114-PR-CC-012015174



# **CERTIFICATE OF COUNSELING**

I CERTIFY that on <u>08/16/10</u>, at <u>03:47</u> o'clock <u>PM EST</u> MAGALY CARDONA TORRES received from <u>CredAbility,</u> an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>DISTRICT OF PUERTO RICO,</u> an individual [or group] briefing (including a briefing conducted by telephone or on the Internet) that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.  A debt repayment Plan <u>was not prepared</u>.  If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted  <u> by Internet </u>.

| | |
|---|---|
| Date:  <u>08-16-2010</u> | By       <u>/s/ROBERT STOKES</u> |
| | Name    <u>ROBERT STOKES</u> |
| | Title    <u>Counselor</u> |

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency.  *See* 11 U.S.C. §§ 109(h) and 521(b).

1