IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-08042 S |
|---|---|
| **NEFTALI DOMINGUEZ TORRES**<br>**MAGALY CARDONA TORRES** | Chapter 13 |
| Debtor(s) | |

## MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust debtors payment schedule

**WHEREFORE, it is** respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 7th day of January of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                                                        Case No. 10-08042-13

DOMINGUEZ TORRES, NEFTALI & CARDONA TORRES, MAGALY      Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: 1/07/2011
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 150.00 x 12 = $ 1,800.00
$ 500.00 x 12 = $ 6,000.00
$ 800.00 x 36 = $ 28,800.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 36,600.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 36,600.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. DORAL BANK    Cr. _____    Cr. _____
# 70012962    # _____    # _____
$ 1.00    $ _____    $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
DORAL BANK
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                     ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,664.00

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS PERIODIC PAYMENTS TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS ALREADY PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT FROM THE COURT FOR SUCH PURPOSE.

Signed: /s/ NEFTALI DOMINGUEZ TORRES
          Debtor

         /s/ MAGALY CARDONA TORRES
          Joint Debtor

Attorney for Debtor Jose Prieto                              Phone: (787) 607-2066

CHAPTER 13 PAYMENT PLAN

```
Label Matrix for local noticing          DORAL BANK (VTQ)                         US Bankruptcy Court District of P.R.
0104-3                                   MARTINEZ & TORRES LAW OFFICES  P S C     U.S. Post Office and Courthouse Building
Case 10-08042-SEK13                      PO BOX 192938                            300 Recinto Sur Street, Room 109
District of Puerto Rico                  SAN JUAN, PR 00919-3409                  San Juan, PR 00901-1964
Old San Juan
Fri Jan  7 13:27:19 AST 2011

ALEJANDRO CAMPORREALE                    BANCO POPULAR DE PUERTO RICO-SPECIAL LOANS    BANCO SANTANDER
P O BOX 362589                           PO BOX 362708                            P O BOX 362589
SAN JUAN, PR 00936-2589                  SAN JUAN PR 00936-2708                   SAN JUAN, PR  00936-2589


BANK OF AMERICA                          BPPR                                     CARMEN TORRES COLLAZO
P O BOX 1532                             P O BOX 366818                           EDUARDO J MAYORAL GARCIA
WILMINGTON, DE 19899-1532                SAN JUAN, PR 00936-6818                  PMB 157
                                                                                  SAN JUAN PR 00919-4000


CARMEN TORRES COLLAZO                    CORP FONDO SEGURO ESTADO                 CRIM
PO BOX 1472                              P O BOX 365028                           P O BOX 195387
VEGA BAJA PR 00694-1472                  SAN JUAN, PR  00936-5028                 SAN JUAN, PR 00919-5387


CitiFinancial, Inc                       DEPT DE TRABAJO                          DEPT HACIENDA DE PR
P.O. Box 70919                           Y RECURSOS HUMANOS                       P O BOX 9024140
Charlotte NC 28272-0919                  P O BOX 191020                           SAN JUAN, PR  00902-4140
                                         SAN JUAN, PR  00919-1020


DORAL BANK                               ERIK A ROSADO PEREZ                      EUROBANK
P O BOX 71529                            P O BOX 195572                           P O BOX 363894
SAN JUAN, PR  00936-8629                 SAN JUAN, PR  00919-5572                 SAN JUAN, PR  00936-3894


Fia Card Services, NA As Successor In Intere    HECTOR MELENDEZ CANO              IRS
Bank of America NA and Mbna America Bank        P O BOX 366283                    P O BOX 21125
1000 Samoset Drive                              SAN JUAN, PR  00936-6283          PHILADELPHIA, PA 19114-0325
DE5-023-03-03
Newark, DE 19713-6000


MUNICIPIO DE VEGA BAJA                   ORIENTAL BANK & TRUST (Eurobank)         RAFAEL FERNANDEZ JUNCOS
PROGRAMA DE PATENTES                     P.O  BOX 192099                          P O BOX 7004
APARTADO 4555                            SAN JUAN P.R 00919-2099                  VEGA BAJA, PR  00694-7004
VEGA BAJA, PR  00694-4555


ROOMS TO GO CORPORATE                    ROYAL HOLIDAY                            SEARS
CITIFINANCIAL RETAIL SERVICES            P O BOX 29352                            P O BOX 6241
P O BOX 71328                            PHOENIX, AZ  85038-9352                  SIOUX FALLS, SD 57117-6241
SAN JUAN, PR  00936-8428


CARMEN A TORRES COLLAZO                  JOSE M PRIETO CARBALLO                   JOSE RAMON CARRION MORALES
PO BOX 1472                              JPC LAW OFFICE                           PO BOX 9023884
VEGA BAJA, PR 00694-1472                 PO BOX 363565                            SAN JUAN, PR 00902-3884
                                         SAN JUAN, PR  00936-3565
```

| | | |
|---|---|---|
| MAGALY CARDONA TORRES<br>17 ARENAS<br>LAS DELICIAS<br>VEGA BAJA, PR 00693-6103 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | NEFTALI DOMINGUEZ TORRES<br>17 ARENAS<br>LAS DELICIAS<br>VEGA BAJA, PR 00693-6103 |

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32